UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MICHELLE TENZER-FUCHS, on behalf of herself and
all others similarly situated,

                       Plaintiffs,

      -against-

SIXTHREEZERO BICYCLE COMPANY, LLC,

                       Defendant.
---------------------------------------------------------------------X

Docket No. 2:20-CV-04112
(JMA) (AYS)

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, that the above-captioned action is and shall be discontinued with prejudice without costs to any party as against the other.

Facsimile signatures and electronic signatures in counterparts shall have the same force and effect as original signatures. This stipulation may be signed in counterparts.

| | |
|---|---|
| Dated: November 30, 2020 | Dated: November 30, 2020 |
| SHALOM LAW, PLLC | ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, WOLF & CARONE, LLP |
| By ___/s/Jonathan Shalom_____ | By: __/s/Christopher A. Gorman_____ |
|     105-13 Metropolitan Avenue |     Christopher A. Gorman, Esq. |
|     Forest Hills, New York 11375 |     3 Dakota Drive, Suite 300 |
|     *Attorneys for Plaintiffs* |     Lake Success, New York 11042 |
| |     *Attorneys for Defendant* |

        Case closed.
        SO ORDERED.
        /s/ Joan M. Azrack, USDJ
        12/2/2020